UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――x     **ORIGINAL**
**ROBBY MAHADEO**

           Plaintiff,             NOTICE OF MOTION
        -against-
New York City Campaign Finance Board,   **CV 11 - 3597**
Amy M. Loprest – Executive Director,
Julius Peele – Director of Auditing & Accounting,   VITALIANO, J.
Mark Griffin – Associate Counsel,
                                   BLOOM, M.
           Defendant (s)
―――――――――――――――――――――x

**PLEASE TAKE NOTICE** that upon the annexed affidavit or affirmation Robby Mahadeo, sworn to or affirmed _July 26th_, 2011 and upon the complaint herein, plaintiff will move this Court, _____, U.S.D.J., in room _____, United States Courthouse, Brooklyn, New York, 11201, on the _____ day of _____, 2011, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to Rule 65 of the Federal Rules of Civil Procedure granting an injunction preventing the New York City Campaign Finance Board (C.F.B) from collecting fines against Plaintiff, his Treasurer, Mr. Ray L. Trotman and Dr. Robby for City Council Campaign Committee.

Dated: Queens, New York
_7/26/11_

RONALD BARILLAS
Notary Public, State of New York
No. 01BA6053911
Qualified in Queens County
Certificate Filed in Kings County
Commission Expires January 22, 2015

_[signature]_
Robby Mahadeo
Plaintiff Pro Se
_129-10 Liberty Ave_
_Richmond Hill NY 11419_

_718-930-5371_

RECEIVED
JUL 26 2011
PRO SE OFFICE

**AFFIDAVIT/AFFIRMATION**
**IN SUPPORT OF MOTION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

ROBBY MAHADEO

        Plaintiff,                     **AFFIDAVIT/AFFIRMATION**

        -against-                       _____CV_____( )

**New York City Campaign Finance Board,**
**Amy M. Loprest – Executive Director,**
**Julius Peele – Director of Auditing & Accounting,**
**Mark Griffin – Associate Counsel,**
        -Defendant (s)-
_____X

STATE OF NEW YORK      )
COUNTY OF QUEENS      ) ss. :

ORIGINAL

RECEIVED
JUL 26 2011
PRO SE OFFICE

ROBBY MAHADEO, being duly sworn and makes the following affirmation under the penalties of perjury:

I, ROBBY MAHADEO, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order granting an injunction preventing the New York City Campaign Finance Board (C.F.B) from collecting fines against Plaintiff, my Treasurer, Mr. Ray L. Trotman and Dr. Robby for City Council Campaign Committee.

The reason why I am entitled to the relief I seek is the following:

    A. Violation of First Amendment right to political association and free speech.

    B. Violation of Fourteenth Amendment rights to due process and equal protection of law.

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to me before this 26th

day of 26th July, 2011

_____
Notary Public

_____
Robby Mahadeo

RONALD BARILLAS
Notary Public, State of New York
No. 01BA6063911
Qualified in Queens County
Certificate Filed in Kings County
Commission Expires January 22, 2015